UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
: MAGISTRATE NO. 12-4526 LHG
:
v.
:
: ORDER
:
ROBERT FIOLKA :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __31st__ day of __August__, 2012,

ORDERED that _____Lisa Van Hoeck_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

LOIS H. GOODMAN
United States Magistrate Judge